# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-2363
LT Case No. 2021-CF-001005

_____

SUZANNE EILEEN ANDERSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Hernando County.
Stephen E. Toner, Jr., Judge.

Matthew J. Metz, Public Defender, and George D.E. Burden,
Assistant Public Defender, Daytona Beach, for Appellant.

Suzanne Eileen Anderson, Ocala, pro se.

Ashley Moody, Attorney General, Tallahassee, and Pamela J.
Koller, Assistant Attorney General, Daytona Beach, for Appellee.


December 1, 2023


PER CURIAM.

In this *Anders*\* appeal, we affirm the judgment and sentence imposed by the trial court but remand for the trial court to correct the written judgment and the written order of probation to reflect that Anderson entered a plea of no contest rather than a plea of guilty. *See Davis v. State*, 211 So. 3d 354, 354 (Fla. 5th DCA 2017) ("We remand only for correction of a scrivener's error in judgment" in an *Anders* case.).

AFFIRMED; REMANDED for correction of scrivener's error.

EDWARDS, C.J., and MAKAR and WALLIS, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

---

\* *Anders v. California*, 386 U.S. 738 (1967).